UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TROY HEATHMAN, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 4:18 CV 720 RWS |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

For the reasons stated in defendant's motion to reverse and remand,

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand [23] is granted, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded for further proceedings.

A separate Judgment is entered herewith.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of January, 2019.